# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE SILVERS,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:23-cv-00929-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND SERVE DEFENDANT UNDER E-SERVICE PROGRAM<br><br>(ECF No. 2) |

Plaintiff Shane Silvers filed a complaint on June 21, 2023, challenging a final decision of the Commissioner of Social Security denying an application for disability benefits. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

The Court finds Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Therefore, the Court shall order that the complaint in this action be served, pursuant to paragraph 1 of the scheduling order to be issued in this action, which provides that service of the Defendant shall proceed under the Court's e-service program.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is GRANTED;
2. The Clerk of the Court is DIRECTED to issue a summons and new case documents; and

1

3. The Clerk of the Court is DIRECTED to deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of this action along with the summons and complaint.

IT IS SO ORDERED.

Dated: **June 22, 2023**

UNITED STATES MAGISTRATE JUDGE