# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE SILVERS,<br><br>      Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No. 1:23-cv-00929-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 16) |

On October 19, 2023, Defendant filed an unopposed motion for a twenty-one (21) day extension of time to file Defendant's responsive brief to explore settlement options. (ECF No. 16.) The Court finds good cause to grant the extension of time of the deadline from October 20, 2023 to November 10, 2023.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's unopposed motion to modify the schedule (ECF No. 16) is GRANTED;

2. Defendant shall have until **November 10, 2023**, to file the motion for summary judgment; and

///

///

///

1

3. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: __**October 20, 2023**__

UNITED STATES MAGISTRATE JUDGE